Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Central_ District of _California_

_Civil_ Division

Christopher Ken Ireland
_____ )
Plaintiff(s) )
_(Write the full name of each plaintiff who is filing this complaint._ )
_If the names of all the plaintiffs cannot fit in the space above,_ )
_please write "see attached" in the space and attach an additional_ )
_page with the full list of names.)_ )

Orange County Health Care Agency )
Doctor responsible for Theo Lacy )
Nurses who treated my injuries from )
incident on Dec. 10th, 2019 )
_____ )
Defendant(s) )
_(Write the full name of each defendant who is being sued. If the_ )
_names of all the defendants cannot fit in the space above, please_ )
_write "see attached" in the space and attach an additional page_ )
_with the full list of names. Do not include addresses here.)_ )

Case No. _____

(to be filled in by the Clerk's Office)

SACV20-1182 JGB (DFM)

FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Ken Ireland |
| All other names by which you have been known: | Chris |
| ID Number | 2974510 |
| Current Institution | Theo Lacy Facility |
| Address | 501 The City Dr. South |
| | Orange      CA      92868 |
| | City        State    Zip Code |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

| Defendant No. 1 | |
|---|---|
| Name | Orange County Health Care Agency (OCHCA) |
| Job or Title *(if known)* | Medical Provider for OC Jail System |
| Shield Number | unknown |
| Employer | Orange County Board of Supervisors |
| Address | 405 West 5th St. |
| | Santa Ana      CA      92701 |
| | City           State    Zip Code |

☐ Individual capacity   ☒ Official capacity

| Defendant No. 2 | |
|---|---|
| Name | Doctor responsible for Theo Lacy facility |
| Job or Title *(if known)* | Doctor |
| Shield Number | unknown |
| Employer | OCHCA |
| Address | 405 W. 5th St. |
| | Santa Ana      CA      92701 |
| | City           State    Zip Code |

☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name _Nurses on Duty Dec. 10th, 2019_
    Job or Title *(if known)* _Nurse_
    Shield Number _unknown_
    Employer _OCHCA_
    Address _405 W. 5th St._
    _Santa Ana_   _CA_   _92701_
    City   State   Zip Code
    ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
    Name _Nurses who saw me for my med. requests_
    Job or Title *(if known)* _Nurse_
    Shield Number _unknown_
    Employer _OCHCA_
    Address _405 W. 5th St._
    _Santa Ana_   _CA_   _92701_
    City   State   Zip Code
    ☒ Individual capacity   ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_5th, 8th, 14th ammendment rights, Deliberate indifference_

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The defendants were responsible for my care and treatment as Orange County Healthcare employees. They were on duty and the ones I sought treatment with. OC HCA is responsible for my healthcare while in jail.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose. At Theo Lacy facility, in Orange, CA 92868 on December 10, 2019 and continuing.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur? Initial date of mistreatment was on Dec. 10, 2019, but the mistreatment continues.

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was beaten severely by OCSD deputies and suffered many injuries. I was not properly treated. I sought further treatment but never got it. I asked for x-rays/MRI, but never got it. No pictures were taken. I only recieved Ibuprofen for injuries. I suffered many injuries and still feel effects today. I filed grievances. No response or inadequate/irrelevant response. I filed claim with county. My cellie in K-mod is a witness to beating, and my celly in P.43 is witness for injuries. My cellie in P.418 is witness to continued suffering + pain. All nurses, doctors, PAs who are involved should witness. My attorney and paralegal are witnesses.

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I sustained cuts, bruises, swelling, vertigo, concussion, dislocated shoulder, swollen hands, insomnia, depression, anxiety, fear, hopelessness. I should have been taken to a hospital and been given x-rays and MRI for concussion, and seen orthopedic doctor for shoulder injury including MRI. All I recieved was Ibuprofen and excuses. I still ask for MRI and still seek treatment for pain and vertigo & depression. I now have distrust of OCHA and their employees and fear they won't treat properly.

## VI.      Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am asking for monetary damages and punitive damages. I am seeking $10,000,000 in actual damages for improper/lack of treatment, pain & suffering, emotional and psychological damages. I am seeking punitive damages of $1,000,000 and for the court to ensure OCHA give proper treatment in the future. I base my claims on the amount of pain, suffering, fear, anxiety, hopelessness, and with the hopes of changing the system for the better.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Theo Lacy Facility , Orange , CA 92868

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Medical care

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance? At Theo Lacy facility in Orange, CA 92868

2.   What did you claim in your grievance? Improper treatment and all the pain a suffering I am experiencing. I asked for proper treatment.

3.   What was the result, if any? Irrelevant responses, or no response at all. I was told to put in inmate message slip in future. I did, that's why I grieved I appealed, but recieved no response. I filed claim with OC B of S, and no response.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
I grieved, appealed, then filed county claim. I don't know what is the "highest level" for medical grievance, but I didn't recieve a response for my appeal, so I filed claim. No response on the claim so I file now in court.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

     1.    If there are any reasons why you did not file a grievance, state them here:

     2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I've written letters to OCHCA and filed a County claim after I recieved no response to my appeals. No response as of yet From county. Its been over 45 days since I filed claim form

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Myself, Christopher Ken Ireland
     Defendant(s)   Orange County Sheriff's Dept., and several Deputies

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     Central dist. of California - Orange County

3.   Docket or index number
     None yet

4.   Name of Judge assigned to your case
     none yet

5.   Approximate date of filing lawsuit
     6-1-20, same as the one

6.   Is the case still pending?

     ☒ Yes

     ☐ No

     If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     None yet

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6-1-20

Signature of Plaintiff

Printed Name of Plaintiff   Christopher Ken Ireland

Prison Identification #   2974510

Prison Address   501 The City Dr. South

Orange      CA      92868
City         State      Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City      State      Zip Code

Telephone Number

E-mail Address



**SHERIFF DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA , CALIFORNIA**

JI#: TL122719/0900

Facility: Theo Lacy

**DON BARNES, SHERIFF-CORONER**

**RESPONSE TO INMATE GRIEVANCE**

---

## RESPONSE TO INMATE GRIEVANCE

| | | | |
|---|---|---|---|
| Inmate's Name | Christopher Keri Ireland | Booking # | 2974510 |
| Housing Location | TL P 43 02 | Date Appeal Received | 12/27/2019 |
| Date/Time of Incident | 12/9/2019  08:00 | Location of Incident | P |

Your Grievance has been assigned to SERGEANT   Timmothy Pusztai

I/M submitted grievance about medical treatment after injury

You were evaluated by health care personnel on 12/10 regarding your concern and again on 12/13. At that time you were advised to utilize the inmate medical message slip as needed to be seen if your condition changed. You will be scheduled to be seen regarding your concern. In the future, please use the IMMS to communicate your concerns directly to health care personnel.

J193 (Rev. 02/11)            **INMATE COPY**



**SHERIFF DEPARTMENT
ORANGE COUNTY
SANTA ANA , CALIFORNIA**

JI#: TL122719/0900

Facility: Theo Lacy



**DON BARNES, SHERIFF-CORONER**                    **RECEIPT OF INMATE GRIEVANCE**

## RECEIPT OF INMATE GRIEVANCE

Inmate's Name   <u>Christopher Ken Ireland</u>          Booking #          <u>2974510</u>

Housing Location  <u>TL P 43 02</u>                    Date Appeal Received   <u>12/27/2019</u>

Date/Time of Incident  <u>12/9/2019  08:00</u>          Location of Incident   <u>P</u>

Your Grievance has been assigned to HCA   <u>Kerri Gardner</u>

### SYNOPSIS OF GRIEVANCE FILED

I/M submitted grievance about medical treatment after injury

**THIS NOTICE SERVES ONLY TO DOCUMENT RECEIPT OF THE ABOVE GRIEVANCE.  IT DOES NOT CONTAIN ANY STAFF RESPONSE OR RESOLUTION TO THE GRIEVANCE YOU HAVE FILED.  STAFF INVESTIGATIONS INTO YOUR GRIEVANCE SHALL BE COMPLETED IN A REASONABLE TIME.  REASONABLENESS WILL BE BASED ON THE TYPE AND SCOPE OF THE GRIEVANCE SUBMITTED.  YOU WILL RECEIVE A WRITTEN RESPONSE UPON RESOLUTION OF THIS GRIEVANCE.**

**PER PBNDS, ALL GRIEVANCES FILED BY AN I.C.E. DETAINEE MUST BE ACTED ON WITHIN FIVE (5) WORKING DAYS OF RECEIPT.**

J193 (Rev. 02/11)              INMATE COPY



**SHERIFF DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA , CALIFORNIA**

JI#: TL012620/2100

Facility: Theo Lacy

**DON BARNES, SHERIFF-CORONER**                    **RESPONSE TO INMATE GRIEVANCE**

### RESPONSE TO INMATE GRIEVANCE

| | | | |
|---|---|---|---|
| Inmate's Name | Christopher Ken Ireland | Booking # | 2974510 |
| Housing Location | TL P 43 02 ✓ | Date Appeal Received | 1/26/2020 |
| Date/Time of Incident | | Location of Incident | P |

Your Grievance has been assigned to SERGEANT   Michael Janiel

Inmate is not satisfied with the medical care he is receiving in custody.

The grievance you submitted involved issues pertaining to medical, dental or mental health care.  Your grievance was forwarded directly to Correctional Health Services Administration for resolution.  Correctional Health Services may have already addressed and responded directly to you regarding the resolution of this grievance, or they may do so in the near future.

La queja que presentó temas involucrados relacionados con la atención médica, dental y mental. Su queja fue remitida directamente a la Administración de Servicios de Salud Correccional para su resolución. Servicios de Salud Correccionales pueden ya han abordado y ha respondido directamente a usted en relación con la resolución de esta queja, o pueden hacerlo en un futuro próximo.

J193 (Rev. 02/11)                    INMATE COPY

G-1-90
Proof of (*recent? request*)
*Frustration*

Friday, June 7th 2019

To Whom it may Concern,

223868

My name is Chris Ireland and am a pretrial detainee at Orange County Jail. I have requested on several occasions my jail medical records, and received a paper back stating "Inmates are not permitted to have confidential medical documents/information in their possession while incarcerated..."

Under what rule or authority do you make this claim? No jail rule says that I cannot have my own medical records while in here, so where do you get that from? I have researched the laws and can find nothing denying inmates access to their own records. I believe you and your department are in error in telling me that I'm not permitted to have my own records while in jail.

I am hereby formally requesting all of my medical records from Orange County Jail. My attornies have requested my records several times as well. Why aren't you folks releasing my records? This is causing me harm.

My name is Chris Ireland #2974510, dob 10-6-79
I want my records ASAP.

Sincerely,
Chris Ireland

**RECEIVED**
JUN 25 2019
**HCA-COR**

P.S. Please respond in a timely manner with answers to all my questions. Th—

- On Tuesday, Feb. 4th 2020 a nurse stopped by and asked if I put in a pink slip in for pain, etc... I said yes, and she gave me Ibuprofen. I asked what about my vertigo and concussion symptoms. She said -- Drink water, vertigo is from not enough water. Wow! These "medical staff" sure know little about the medical world. She went away very quickly after telling me the lie @ water & vertigo... SMH...

In The United States District Court
for the
Central District of California - Civil Division

| | | |
|---|---|---|
| Christopher Ken Ireland, Plaintiff ) | | Summons |
| - v - ) | | civil action no ___ |
| Orange County HealthCare Agency, ) | | civil case no ___ |
| Doctor responsible for Theo Lacy Facility, ) | | |
| Nurses who treated injuries from Dec. 10, 2020, ) | | |
| Defendants ) | | |

To The Above Named Defendants:

You are hereby summoned and required to serve upon Plaintiffs, whose address is: 501 The City Dr. South Orange, CA 92868, an answer to the complaint which is herewith served upon you, within 20 days after service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demand in the complaint.

Clerk of the Court

Date _____

In The United States District Court
for The

Central District of California - civil Division

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ✗

Christopher Ken Ireland, Plaintiff  )   Summons
              —v—                    )   civil action no. ___
Orange County Health Care Agency,    )   case no. ___
Doctor responsible for Theo Lacy Facility,  )
Nurses who treated injuries from Dec.10, 2020,  )
       Defendants                    )

    To The Above Named Defendants:
You are hereby summoned and required to serve upon Plaintiffs,
whose address is: 501 The City Drive South  Orange, CA 92868, an
answer to the complaint which is herewith served upon you, within 20
days after service, or 60 days if the U.S. Government or officer
/agent thereof is a defendant. If you fail to do so, judgement
by default will be taken against you for the relief demand in the
complaint.

Clerk of the court

Date _____

In The United States District Court
for The

Central District of California - Civil Division

———————————————— x          Summons

Christopher Ken Ireland, Plaintiff )      civil action no.____
                   -V-                     )      case no.____
                                              )
Orange County Health Care Agency,  )
Doctor Responsible for Theo Lacy facility, )
Nurses who treated injures from Dec. 10, 2020, )
Defendants ———————————— x

To The Above Named Defendants:

You are hereby summoned and required to serve upon plaintiff, whose address is: 501 The City Drive South Orange, CA 92868, an answer to the complaint which is herewith served upon you, within 20 days after service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demand in the complaint.

Clerk of the Court

Date

Legal Mail

Chris Ireland 2474516
501 The City Dr. South
Orange, CA 92868

ORANGE COUNTY JAIL
THEO LACY FACILITY
INMATE MAIL

Central District of California

U.S. Courthouse

312 N. Spring St.

Los Angeles, CA 90012

Legal Mail

RECEIVED
CLERK U.S. DISTRICT COURT

JUN 3 0 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY



USA

LEGAL MAIL

70127012
Envelope 9x12