Clerk of the Court,

Today I recieved a CV-90 form from you folks today. It seems there is quite a few errors in communication between you, I, and the Judge.

First off, I'd like to state that I never submitted a notice to the court regarding a packet. I wrote a letter to the clerk asking for the correct rules for court for a prisoner, as I had recieved the rules for court for a non-prisoner. I never asked for a new packet.

2nd, I have already filed a first ammended complaint for both 01181 and 01182, and that was what I was referencing when I said I wouldn't fill out another complaint packet. I stand by my completed 1st Ammended Complaint forms, as I said the first time.

All I asked for were the rules for court for prisoners. I have filed and sent my 1st Ammended complaint already, so it is unnecessary to do it again.

I am not confused about which Ammended complaints I filed, as I sent both Ammended complaints in the same envelope! I suggest the Clerk go through all the paperwork and see for themselves. I think the clerk didn't look through all of the papers I sent, as there were quite a few. Feel free to send me the complete contents of the envelope containing the 1st Ammended complaint, and I will find both Ammended complaints.

Why there is such errors in Judge McCormick's court room, I do not know, and why there is such grave misunderstandings of simple issues is alarming. Just from the fact that I was sent wrong items from the start speaks volumes of the lack of attention to detail and care for documents in our various most sacred venues. The errors conducted by the clerks lead me to 2 possibilities: A) Gross incompetence or B) Willful negligence..... which one is it?

I am a very forgiving individual, but due to the strict timelines and rules we have to follow, I have to be reproachful in my communications.

Again: • I asked for Local Rules of court for a prisoner.
• I filled out 2 1st Amended complaints for cases 20-01181, 01182 already

This is the 3rd letter I've sent due to the clerk's mistakes and miscommunications.

I stand by both of my 1st Amended Complaints

With Concern and Trepidation,

Christopher Ken Ireland

bk# 2974510
501 The City Drive South
Orange, CA 92868

P.S. Why do I recieve communications from 255 E. Temple st. LA, CA, yet I have to send things to Santa Ana? Smells like a bureaucratic mess up.



