JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER KEN IRELAND, | No. SA CV 20-01182-JGB (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| ORANGE COUNTY HEALTHCARE AGENCY et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

Date: March 30, 2021

JESUS G. BERNAL
United States District Judge